William Gnat, Appellant, v. Guy A. Richardson et al., Receivers, Trading as Chicago Surface Lines, Appellees.
Gen. No. 41,585.

Heard in third division, first district, this court at December term, 1940; opinion filed June 25, 1941. Epstein & Steinberg, for appellant; Abraham Miller, of counsel; Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."